FILED IN OPEN COURT
JACKSONVILLE, FLORIDA

1-8-2025

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

ANDRE DRINKS
  a/k/a "Heavy"
  a/k/a "Black"

CASE NO. 3:25-cr-2-WWB-LLL
21 U.S.C. § 846
(Drug Trafficking Conspiracy)
21 U.S.C. § 841(a)(1)
(Distribution of Methamphetamine)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Drug Trafficking Conspiracy)

Beginning on an unknown date, but not later than on or about December 9, 2024, and continuing through on or about January 8, 2025, in the Middle District of Florida, the defendant,

ANDRE DRINKS,
a/k/a "Heavy,"
a/k/a "Black,"

did knowingly and willfully conspire with other persons, both known and unknown to the Grand Jury, to possess with intent to distribute and distribute a controlled substance. The violation involved 50 grams or more of actual methamphetamine, a Schedule II controlled substance.

1

It was part of the conspiracy that the conspirators would perform acts and make statements to hide and conceal and cause to be hidden and concealed the purpose of the conspiracy and the acts committed in furtherance thereof.

All in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A).

## COUNT TWO
### (Aiding and Abetting Distribution of Controlled Substance)

On or about December 10, 2024, in the Middle District of Florida, the defendant,

> ANDRE DRINKS,
> a/k/a "Heavy,"
> a/k/a "Black,"

did aid and abet in the possession with the intent to distribute a controlled substance, which violation involved 50 grams or more of actual methamphetamine, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(A).

In violation 21 U.S.C. § 841(a)(1) and 841(b)(1)(A), and 18 U.S.C. § 2.

## COUNT THREE
### (Distribution of a Controlled Substance)

On or about December 11, 2024, in the Middle District of Florida, the defendant,

> ANDRE DRINKS,

>a/k/a "Heavy,"
>a/k/a "Black,"

did knowingly and intentionally, distribute a controlled substance, which violation involved 5 grams or more of actual methamphetamine, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(B).

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(B).

## COUNT FOUR
### (Distribution of a Controlled Substance)

On or about December 17, 2024, in the Middle District of Florida, the defendant,

>ANDRE DRINKS
>a/k/a "Heavy"
>a/k/a "Black"

did knowingly and intentionally distribute a controlled substance, which violation involved 50 grams or more of actual methamphetamine, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(A).

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(A).

3

## **FORFEITURE**

1. The allegations contained in Counts One through Four are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2. Upon conviction of a violation of 21 U.S.C. § 846 and/or 841(a)(1), the defendant shall forfeit to the United States, pursuant to 21 U.S.C. §§ 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. If any of the property described above, as a result of any acts or omissions of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL,

███████████████

Foreperson

ROGER B. HANDBERG
United States Attorney

By: *(signed)* Rachel Lasry
RACHEL LASRY
Assistant United States Attorney

By: *(signed)*
MICHAEL J. COOLICAN
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
1/7/25 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

## THE UNITED STATES OF AMERICA

vs.

### ANDRE DRINKS
a/k/a "Heavy"
a/k/a "Black"

## INDICTMENT

Violations: 21 U.S.C. § 846, 21 U.S.C. § 841(a)(1)

A true bill,

_____
Foreperson

Filed in open court this 8th day of January, 2025.

_____
Clerk

Bail $_____

GPO 863 525